1  Ryan Lee, Esq. (SBN: 235879)
   Krohn & Moss, Ltd
2  10474 Santa Monica Blvd., 4th Floor
   Los Angeles, CA 90025
3  Tel: 323-988-2400 x241
   Fax: 866-861-1390
4  rlee@consumerlawcenter.com
   Attorneys for Plaintiff
5  CHRISTOPHER GOMEZ

**UNITED STATE DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| CHRISTOPHER GOMEZ, | ) **Case No.: 10-CV-01293** |
|---|---|
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| vs. | ) |
| JC CHRISTENSEN & ASSOCIATES, | ) |
| Defendant. | ) |

NOW COMES the Plaintiff, CHRISTOPHER GOMEZ, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

- 1 -

Notice of Settlement

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Respectfully Submitted,

DATED: April 23, 2010          KROHN & MOSS, LTD.

By:  /s/ Ryan Lee

　　　Ryan Lee
　　　Attorney for Plaintiff

Notice of Settlement