\*\* **E-filed April 23, 2010** \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER GOMEZ, | No. C10-01293 HRL |
| Plaintiff, | **ORDER (1) VACATING THE INITIAL CASE MANGEMENT CONFERENCE AND (2) SETTING SHOW CAUSE HEARING RE: SETTLEMENT** |
| v. | |
| JC CHRISTENSEN & ASSOCIATES, | |
| Defendant. | [Re: Docket No. 7] |
| _____/ | |

Plaintiff advises the court that the parties have entered into a settlement in the above-entitled action and requests that the court vacate all dates currently set on calendar. Good cause appearing, the Initial Case Management Conference, currently set for June 15, 2010, is vacated. On or before **June 2, 2010**, plaintiff shall file a voluntary dismissal pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by this date, plaintiff shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **June 8, 2010 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

**IT IS SO ORDERED.**

Dated: April 23, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 10-01293 HRL Notice will be electronically mailed to:**

Ryan Scott Lee        rlee@consumerlawcenter.com, akrohn@consumerlawcenter.com, ppalomo@consumerlawcenter.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

2